UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JAMES STEWART, ROBERT JAMES STEWART FAMILY, WESLEY A. MARTINSON, and PHILIP ANDREW MCNUTT,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CHELAN COUNTY, CITY OF CASHMERE, GARY RIESEN, JOHN BRIDGES, JONATHAN M. LIMBECK, JODIE WHITE, LISA BAYLESS, DAWN DAVIES, WENATCHEE VALLEY HUMANE SOCIETY, ALICIA NAKATA, CHELAN COUNTY SUPERIOR COURT, CHELAN COUNTY DISTRICT COURT, JONES, OFFICER LONG, UNKNOWN DEPUTIES, BRIAN BURNETT, JOE EVANS, OLSEN AUTO REPAIR AND TIRE, LESLEY ALLAN, NANCY HARMON, JOHN AND JANE DOES, and CITY OF WENATCHEE,<br><br>    Defendants. | NO.  11-CV-341-EFS<br><br>**ORDER DISMISSING CASE AND DENYING PENDING MOTIONS AS MOOT** |

    Plaintiffs in this matter filed a *pro se* complaint on September 16, 2011.  The Court has screened this complaint for legal and factual and sufficiency and has determined that Plaintiffs' complaint fails to state a plausible claim for relief.

ORDER ~ 1

Under Federal Rule of Civil Procedure 8(a), a complaint must include a short and plain statement of the grounds for the Court's jurisdiction, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief sought. Fed. R. Civ. P. 8(a). Each allegation must be simple, concise, and direct. Fed. R. Civ. P. 8(e). Furthermore, the complaint's short and plain statement of the claim must demonstrate a "plausible" entitlement to relief. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007). Plaintiffs' Complaint in this matter fails to meet this standard, and the Court finds that amendment would be futile. Accordingly, this matter is dismissed and all pending motions are denied as moot.

For the reasons discussed above, **IT IS HEREBY ORDERED:**

1. The Complaint in this matter, **ECF No. 1**, is **DISMISSED**.

2. All pending motions, **ECF Nos. 2, 3, 4, 8 & 15**, are **DENIED as moot.**

3. **Judgment** shall be entered without prejudice in Defendants' favor.

4. This file shall be **closed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to Plaintiffs and counsel of record.

**DATED** this  1st   day of November 2011.


                            s/Edward F. Shea
                              EDWARD F. SHEA
               United States District Judge

Q:\Civil\2011\341.dismiss.wpd

ORDER ~ 2