AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROBERT JAMES STEWART, ROBERT JAMES
STEWART FAMILY, WESLEY A. MARTINSON, and
PHILIP ANDREW MCNUTT,

                              Plaintiffs,        JUDGMENT IN A CIVIL CASE
                  v.

CHELAN COUNTY, et al.,

                                              CASE NUMBER: CV-11-341-EFS

                            Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Dismissing Case and Denying Pending Motions as Moot entered on November 1, 2011, ECF No. 25, judgment is entered without prejudice in favor of Defendants.

November 1, 2011                                  JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                        s/ Cora Vargas
                                                        *(By) Deputy Clerk*
                                                       Cora Vargas